# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAL WILLIAM GOODWIN,<br>    Petitioner, | No. 1:21-CV-00135 |
| v. | (Judge Rambo) |
| WARDEN QUAY,<br>    Respondent. | |

## ORDER

In accordance with the accompany Memorandum Opinion, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

                                    S/Sylvia H. Rambo
                                    United States District Judge

Dated:  June 28, 2021